**STATE of Missouri, Respondent,**

v.

**Joshua C. VOGEL, Appellant.**

**No. WD 53908.**

Missouri Court of Appeals,
Western District.

Feb. 3, 1998.

A. Renae Adamson, Asst. Public Defender, Columbia, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Barbara K. Chesser, Asst. Atty. Gen., Jefferson City, for Respondent.

Before SPINDEN, P.J., and LAURA DENVIR STITH and EDWIN H. SMITH, JJ.

**ORDER**

PER CURIAM.

Joshua C. Vogel appeals the circuit court's judgment of his convictions by jury for two counts of assault in the first degree, § 565.050, RSMo 1994; two counts of armed criminal action, § 571.015, RSMo 1994; and one count of unlawful use of a weapon, § 571.030, RSMo 1994.

Judgment affirmed. Rule 30.25(b).